# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0235
LT Case No. 2024-CA-000728

———————————————

WILLIAM T. SPIVEY and JOY B.
SPIVEY,

    Appellants,

    v.

EDWARDS PARADISO, III, and
KELLY PARADISO,

    Appellees.

———————————————

On appeal from the Circuit Court for Marion County.
Gary Lamar Sanders, Judge.

J. Theodore Schatt, of The Schatt Law Firm, PLLC, Ocala,
for Appellants.

Ian Pickens, of Douglas Law Firm, Palatka, for Appellees.

November 4, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EISNAUGLE and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____